UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 03 B 51363

   TYRONE H HUNTER
   DELPHINA D HUNTER                         CHAPTER 13

                                   JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-8917    SSN XXX-XX-3225

--------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------
   The case was filed on 12/23/2003 and was confirmed 02/12/2004.

   The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

   The case was paid in full 09/10/2007.
--------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| DAIMLER CHRYSLER FINANCI | SECURED | 8326.00 | 1239.01 | 8326.00 |
| DAIMLER CHRYSLER FINANCI | UNSECURED | NOT FILED | .00 | .00 |
| CHILD SUPPORT | SPECIAL CLASS | NOT FILED | .00 | .00 |
| AMERICREDIT FINANCIAL SV | UNSECURED | NOT FILED | .00 | .00 |
| BANC ONE MORTGAGE CORP | UNSECURED | NOT FILED | .00 | .00 |
| BANC ONE MORTGAGE CORP | UNSECURED | NOT FILED | .00 | .00 |
| BLOCKBUSTER VIDEO | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION | NOTICE ONLY | NOT FILED | .00 | .00 |
| FINGERHUT | UNSECURED | NOT FILED | .00 | .00 |
| GMAC | UNSECURED | NOT FILED | .00 | .00 |
| LARABIDA CHILDRENS HOSPT | UNSECURED | NOT FILED | .00 | .00 |
| SOUTH SHORE PHYSICIANS | UNSECURED | NOT FILED | .00 | .00 |
| SUPERIOR AIR GROUND AMB | UNSECURED | NOT FILED | .00 | .00 |
| T-MOBILE BANKRUPTCY | UNSECURED | 417.53 | .00 | 417.53 |
| TARGET RETAILERS NATIONA | UNSECURED | NOT FILED | .00 | .00 |
| UNIVERSITY OF CHICAGO HO | UNSECURED | NOT FILED | .00 | .00 |
| UNIVERISTY OF CHICAGO | UNSECURED | NOT FILED | .00 | .00 |
| UNITED COLLECTION BUREAU | UNSECURED | 113.05 | .00 | 113.05 |
| LEGAL HELPERS PC | DEBTOR ATTY | 1,800.00 | | 1,800.00 |
| TOM VAUGHN | TRUSTEE | | | 667.41 |
| DEBTOR REFUND | REFUND | | | 103.00 |

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
--------------------------------------------------------------------
| TRUSTEE | 12,666.00 | |
| | | |
| PRIORITY | | .00 |
| SECURED | | 8,326.00 |
|    INTEREST | | 1,239.01 |
| UNSECURED | | 530.58 |

               PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 03 B 51363 TYRONE H HUNTER & DELPHINA D HUNTER

```
ADMINISTRATIVE                                        1,800.00
TRUSTEE COMPENSATION                                    667.41
DEBTOR REFUND                                           103.00
                          ---------------        ---------------
TOTALS                      12,666.00              12,666.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 09/11/08                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE